# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | CASE NO. 3:19-CV-00532 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| WALTER JACKSON JR., ET AL | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED ADJUDGED AND DECREED** that defendant-in-crossclaim, Joy R. Jackson's motion to dismiss [doc. # 25] is **DENIED**.

Monroe, Louisiana, this 19TH day of September, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE